```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                           Case No. 17-02055-RNO
Robert Dale Hicks                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: JGoodling        Page 1 of 1           Date Rcvd: Jun 21, 2017
                          Form ID: ntnew341      Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2017.

```
db           +Robert Dale Hicks,    36 E Hanover Street,    Gettysburg, PA 17325-7752
4922658       Allied Int Data Operations,    PO Box 2455,    Chandler, AZ 85244-2455
4922659      +CGA Law Firm,    135 N George Street,    York, PA 17401-1135
4922660     ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
             (address filed with court: Direct TV,    Customer Service,    PO Box 70014,
               Boise, ID 83707-0114)
4922661      +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
4922662      +Gettysburg Hospital,    147 Gettys Street,    Gettysburg, PA 17325-2536
4922663      +KML Law Group PC,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
4922657       PA Department of Revenue,    Bureau of Individual Taxes,    Dept 280431,
               Harrisburg, PA 17128-0431
4922665      +Sherry A. Hicks,    36 E Hanover Street,    Gettysburg, PA 17325-7752
4922666      +Snap On Tools/Credit,    1125 Tri State Park,    Suite 700,    Gurnee, IL 60031-9177
4922668       US Dept of HUD,    c/o Deval LLC,    1255 Corporate Drive #300,    Irving, TX 75038-2585
4922667      +US Dept of Housing & Urban Dev,    451 7th Street SW,    Washington, DC 20410-0002
4922669       Wellspan Medical Group,    1803 Mt Rose Avenue,    York, PA 17403-3051
4930708      +York Hospital,    1001 S George Street,    York, PA 17403-3645
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
4922656       E-mail/Text: cio.bncmail@irs.gov Jun 21 2017 19:02:44     Internal Revenue Service,    POB 7346,
               Philadelphia, PA 19101-7346
4935598       E-mail/Text: camanagement@mtb.com Jun 21 2017 19:02:49     M&T BANK,    PO BOX 1288,
               Buffalo, NY 14240
4922664       E-mail/Text: camanagement@mtb.com Jun 21 2017 19:02:49     M & T Bank,    Po Box 844,
               Buffalo, NY 14240
4922671      +E-mail/Text: kcm@yatb.com Jun 21 2017 19:02:04     York Adams Tax Bureau,    240  W Street,
               PO Box 4374,   Gettysburg, PA 17325-4374
4922670      +E-mail/Text: kcm@yatb.com Jun 21 2017 19:02:04     York Adams Tax Bureau,
               Post Office Box 15627,    York, PA 17405-0156
                                                                                             TOTAL: 5
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2017 at the address(es) listed below:

      Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
      Gary J Imblum    on behalf of Debtor Robert Dale Hicks gary.imblum@imblumlaw.com,
       gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
      James Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                TOTAL: 4

ntnew341 (12/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Robert Dale Hicks  
aka Robert D Hicks  
Debtor(s)

Chapter 13

Case No. 1:17−bk−02055−RNO

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: August 10, 2017<br>Time: 11:00 AM |
|---|---|

**Address of the Bankruptcy Clerk's Office:**  
U.S. Bankruptcy Court  
Ronald Reagan Federal Building  
PO Box 908  
Harrisburg, PA 17108  
(717) 901−2800  

**For the Court:**  
Terrence S. Miller  
Clerk of the Bankruptcy Court:  
By: JGoodling, Deputy Clerk  

Hours Open: Monday − Friday 9:00 AM − 4:00 PM   Date: June 21, 2017