# Sharlene Miller

| | |
|---|---|
| **From:** | USBankruptcyCourts@noticingcenter.com |
| **Sent:** | Monday, July 03, 2017 7:03 PM |
| **To:** | Gary Imblum |
| **Subject:** | U.S. Bankruptcy Court, Middle District of Pennsylvania - Returned Mail Notice, In re: Robert Dale Hicks, Case Number: 17-02055, RNO, Ref: [p-109455396] |
| **Attachments:** | R_P11702055ntnew3410066.PDF |

Notice of Returned Mail to Debtor/Debtor's Attorney

July 3, 2017

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

    In re: Robert Dale Hicks, Case Number 17-02055, RNO

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attached document was mailed to the notice recipient(s) listed below via the U.S. Postal Service, and it was returned to the Bankruptcy Noticing Center as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

NOTE: THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by the court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

<u>**U.S. Bankruptcy Court**</u>
<u>**Ronald Reagan Federal Building**</u>
<u>**PO Box 908**</u>
<u>**Harrisburg, PA 17108**</u>

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

Snap On Tools/Credit
1125 Tri State Park
Suite 700
Gurnee, IL 60031-9177

THE UPDATED ADDRESS IS:
Can't find address

Signature of Debtor or Debtor's Attorney          7-5-17
                                                  Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

Total Control Panel                                                                          Login

To: gary.imblum@imblumlaw.com        Message Score: 1              High (60): Pass
From:                                My Spam Blocking Level: Low   Medium (75): Pass
usbankruptcycourts@noticingcenter.com                              Low (90): Pass

                                     Block this sender
                                     Block noticingcenter.com

*This message was delivered because the content filter score did not exceed your filter level.*