**DAN'S AUTO BODY, INC.**  8129

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| ROBERT D HICKS, 36 East Hanover St, Gettysburg, PA 17325 | | | | | ***-**-1712 | Married/Withhold | Fed-0/0/PA-0/0 |
| | | | | | Pay Period: 04/27/2017 - 05/03/2017 | | Pay Date: 05/04/2017 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 987.00 | 15,842.05 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Add'l Tax | 0.00 | |
| Federal Withholding | -105.00 | -1,712.00 |
| Social Security Employee | -61.20 | -982.21 |
| Medicare Employee | -14.31 | -229.71 |
| PA - Withholding | -30.30 | -486.37 |
| | -210.81 | -3,410.29 |

| | Current | YTD Amount |
|---|---|---|
| Net Pay | 776.19 | 12,431.76 |

Dan's Auto Body, Inc., 5009 Enterprise Ct., Frederick, MD 21703

Powered by **Intuit Payroll**

**DAN'S AUTO BODY, INC.** 8099

Employee
ROBERT D HICKS, 36 East Hanover St, Gettysburg, PA 17325

SSN: ***-**-1712
Status (Fed/State): Married/Withhold
Pay Period: 04/20/2017 - 04/26/2017

Allowances/Extra: Fed-0/0/PA-0/0
Pay Date: 04/27/2017

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 777.60 | 14,855.05 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Add'l Tax | 0.00 | |
| Federal Withholding | -74.00 | -1,607.00 |
| Social Security Employee | -48.21 | -921.01 |
| Medicare Employee | -11.28 | -215.40 |
| PA - Withholding | -23.87 | -456.07 |
| | -157.36 | -3,199.48 |

Net Pay: 620.24 / 11,655.57

Dan's Auto Body, Inc., 5009 Enterprise Ct., Frederick, MD 21703

Powered by Intuit Payroll

# DAN'S AUTO BODY, INC.

8073

**Employee**
ROBERT D HICKS, 36 East Hanover St, Gettysburg, PA 17325

**SSN:** \*\*\*-\*\*-1712
**Status (Fed/State):** Married/Withhold
**Pay Period:** 04/13/2017 - 04/19/2017
**Allowances/Extra:** Fed-0/0/PA-0/0
**Pay Date:** 04/20/2017

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 662.40 | 14,077.45 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -56.00 | -1,533.00 |
| Social Security Employee | -41.07 | -872.80 |
| Medicare Employee | -9.60 | -204.12 |
| PA - Withholding | -20.34 | -432.20 |
| | -127.01 | -3,042.12 |

| Net Pay | 535.39 | 11,035.33 |
|---|---|---|

Dan's Auto Body, Inc., 5009 Enterprise Ct., Frederick, MD 21703

Powered by Intuit Payroll

**DAN'S AUTO BODY, INC.**

8029

Employee
ROBERT D HICKS, 36 East Hanover St, Gettysburg, PA 17325

SSN: ***-**-1712
Status (Fed/State): Married/Withhold
Pay Period: 03/30/2017 - 04/05/2017

Allowances/Extra
Fed-0/0/PA-0/0
Pay Date: 04/06/2017

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,349.10 | 12,019.60 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -159.00 | -1,311.00 |
| Social Security Employee | -83.65 | -745.22 |
| Medicare Employee | -19.56 | -174.28 |
| PA - Withholding | -41.42 | -369.02 |
| | -303.63 | -2,599.52 |

| Net Pay | 1,045.47 | 9,420.08 |
|---|---|---|

Dan's Auto Body, Inc., 5009 Enterprise Ct., Frederick, MD 21703

Powered by Intuit Payroll

**DAN'S AUTO BODY, INC.**

8029

Employee
ROBERT D HICKS, 36 East Hanover St, Gettysburg, PA 17325

SSN: ***-**-1712
Status (Fed/State): Married/Withhold
Pay Period: 03/30/2017 - 04/05/2017

Allowances/Extra
Fed-0/0/PA-0/0
Pay Date: 04/06/2017

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,349.10 | 12,019.60 |

Taxes

**DAN'S AUTO BODY, INC.**

Employee: ROBERT D HICKS, 36 East Hanover St, Gettysburg, PA 17325

SSN: ***-**-1712
Status (Fed/State): Married/Withhold
Pay Period: 02/09/2017 - 02/15/2017

Allowances/Extra: Fed-0/0/PA-0/0
Pay Date: 02/16/2017

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,824.30 | 6,147.90 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -251.00 | -728.00 |
| Social Security Employee | -113.11 | -381.17 |
| Medicare Employee | -26.45 | -89.14 |
| PA - Withholding | -56.01 | -188.75 |
| | -446.57 | -1,387.06 |

Net Pay: 1,377.73   4,760.84

Powered by Intuit Payroll

Dan's Auto Body, Inc., 5009 Enterprise Ct., Frederick, MD 21703