```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                              Case No. 17-02055-RNO
Robert Dale Hicks                                                   Chapter 13
        Debtor                  CERTIFICATE OF NOTICE
```

District/off: 0314-1       User: JGoodling         Page 1 of 1              Date Rcvd: Jul 18, 2017
                           Form ID: pdf010         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2017.
db             +Robert Dale Hicks,   36 E Hanover Street,   Gettysburg, PA 17325-7752
               +Attn: Payroll Dept.,   Dans Auto Body,   5909 Enterprise Court,   Frederick, MD 21703-5987

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2017                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Gary J Imblum    on behalf of Debtor Robert Dale Hicks gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
    ROBERT DALE HICKS : CHAPTER 13
    a/k/a ROBERT D. HICKS, :
                       Debtor : CASE NO.: 1-17-02055

**ORDER**

Upon consideration of the above-named Debtors having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

**IT IS THEREFORE ORDERED** that until further Order of this Court, the entity from whom Debtor, Robert D. Hicks, receives income:

ATTN PAYROLL DEPARTMENT
Dan's Auto Body
5909 Enterprise Court
Frederick MD 21703

(Please reference above case number on all payments)

deduct from said Debtor's income the sum of $237.70 from each weekly paycheck, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor. Said sum is subject to periodic change as necessary. Said sum is to be sent to the Trustee until further notice of change from Debtor's counsel. Remit the deductible sums to:

CHARLES J DEHART III ESQUIRE
CHAPTER 13 TRUSTEE
POST OFFICE BOX 7005
LANCASTER PA 17604

**IT IS FURTHER ORDERED** that the employer from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated and the reason therefor.

**IT IS FURTHER ORDERED** that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedure.

**IT IS FURTHER ORDERED** that the employer will place the case number (found at the top of this Order) on all checks being forwarded to the Trustee to ensure proper accounting of the funds.

**IT IS FURTHER ORDERED** that this Order supersedes previous orders made to the subject entity in this case.

**IT IS FURTHER ORDERED** that this Order will terminate without further Order five (5) years from the date of this Order, if it is not terminated by an earlier Order from this Court or upon correspondence from Debtor's counsel or the Chapter 13 Trustee.

**IT IS FURTHER ORDERED** that the employer shall modify the Wage Attachment in the future pursuant to instructions from Debtor's counsel to do so.

By the Court,

_Robert N. Opel II_
Robert N. Opel, II, Chief Bankruptcy Judge
(DG)

Dated: July 18, 2017