```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 17-02055-RNO
Robert Dale Hicks                                                   Chapter 13
    Debtor
## CERTIFICATE OF NOTICE

District/off: 0314-1     User: JGoodling      Page 1 of 1          Date Rcvd: Jul 18, 2017
                         Form ID: pdf010      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2017.
db              +Robert Dale Hicks,    36 E Hanover Street,    Gettysburg, PA 17325-7752
                +Attn: Payroll Department,   Dan's Auto Body,    5909 Enterprise Court,
                  Frederick, MD 21703-5987

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4935598          E-mail/Text: camanagement@mtb.com Jul 18 2017 18:46:01     M&T BANK,    PO BOX 1288,
                  Buffalo, NY 14240
                                                                                            TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Gary J Imblum    on behalf of Debtor Robert Dale Hicks gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              James Warmbrodt     on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
   **ROBERT DALE HICKS** : CHAPTER 13
   a/k/a ROBERT D. HICKS, :
         Debtor : CASE NO.: 1-17-02055

### ORDER

Upon consideration of the above-named Debtor having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

**IT IS THEREFORE ORDERED** that until further Order of this Court, the entity from whom the Debtor, Robert D. Hicks, receives income:

ATT PAYROLL DEPARTMENT
DAN'S AUTO BODY
5909 ENTERPRISE COURT
FREDERICK MD 21703

deduct from said Debtor's income the sum of $400.76 from each weekly paycheck, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor. Said sum is subject to periodic change as necessary. Said sum is to be sent to the mortgage company until further notice of change from Debtor's counsel. Remit the deductible sums to:

M&T BANK
PO Box 1288
Buffalo NY 14240

(Please reference Loan No. 0012190583on all payments)

**IT IS FURTHER ORDERED** that the employer from whom the Debtor receives income shall notify M&T Bank if the Debtor's income is terminated and the reason therefor.

**IT IS FURTHER ORDERED** that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedure.

**IT IS FURTHER ORDERED** that the employer will place the case number (found at the top of this Order) on all checks being forwarded to *Mortgage Company* to ensure proper accounting of the funds.

**IT IS FURTHER ORDERED** that this Order supersedes previous orders made to the subject entity in this case.

**IT IS FURTHER ORDERED** that this Order will terminate without further Order upon correspondence from Debtor's counsel or M&T Bank.

Dated: July 18, 2017

By the Court,

*Robert N. Opel II* (signature)
Robert N. Opel, II, Chief Bankruptcy Judge
(DG)