```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                        Case No. 17-02055-RNO
Robert Dale Hicks                                             Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1      User: JGoodling       Page 1 of 1           Date Rcvd: Sep 18, 2017
                          Form ID: ntnoshow     Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2017.
```
db              +Robert Dale Hicks,    36 E Hanover Street,    Gettysburg, PA 17325-7752
4922659         +CGA Law Firm,    135 N George Street,    York, PA 17401-1135
4922660        ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
                 (address filed with court:  Direct TV,    Customer Service,    PO Box 70014,
                   Boise, ID 83707-0114)
4922661         +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
4922662         +Gettysburg Hospital,    147 Gettys Street,    Gettysburg, PA 17325-2536
4922663         +KML Law Group PC,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
4922657          PA Department of Revenue,    Bureau of Individual Taxes,    Dept 280431,
                   Harrisburg, PA 17128-0431
4922665         +Sherry A. Hicks,    36 E Hanover Street,    Gettysburg, PA 17325-7752
4922666          Snap On Tools/Credit,    ADDRESS REMOVED AS PER ENTRY 21
4922667         +US Dept of Housing & Urban Dev,    451 7th Street SW,    Washington, DC 20410-0002
4922669         +Wellspan Medical Group,    1803 Mt Rose Avenue,    York, PA 17403-3026
4930708         +York Hospital,    1001 S George Street,    York, PA 17403-3645
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4922656          E-mail/Text: cio.bncmail@irs.gov Sep 18 2017 19:12:42     Internal Revenue Service,   POB 7346,
                   Philadelphia, PA 19101-7346
4935598          E-mail/Text: camanagement@mtb.com Sep 18 2017 19:12:46      M&T BANK,   PO BOX 1288,
                   Buffalo, NY 14240
4922664          E-mail/Text: camanagement@mtb.com Sep 18 2017 19:12:46      M & T Bank,   Po Box 844,
                   Buffalo, NY 14240
4922671         +E-mail/Text: kcm@yatb.com Sep 18 2017 19:12:34     York Adams Tax Bureau,   240  W Street,
                   PO Box 4374,   Gettysburg, PA 17325-4374
4922670         +E-mail/Text: kcm@yatb.com Sep 18 2017 19:12:34     York Adams Tax Bureau,
                   Post Office Box 15627,   York, PA 17405-0156
                                                                                             TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4922658          Allied Int Data Operations,   ADDRESS REMOVED AS PER ENTRY 20
4922668          US Dept of HUD,   Removed per entry 19
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Gary J Imblum    on behalf of Debtor Robert Dale Hicks gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              James   Warmbrodt    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

ntnoshow (03/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Robert Dale Hicks<br>aka Robert D Hicks<br>Debtor(s) | Chapter 13<br>Case No. 1:17−bk−02055−RNO |

## Notice

The Court intends to dismiss the Case.

The court docket reflects that the debtor(s) has/have failed to appear at the meeting of creditors required under Section 341 of the Bankruptcy Code. Section 343 of the Code provides that debtor(s) shall appear at the meeting and submit to examination under oath by creditors, the case trustee, and other interested parties. The failure of debtor(s) to appear at the meeting constitutes cause for dismissal.

Any creditor or party in interest that opposes this dismissal must file an objection with the Court on or before **October 10, 2017**. If the debtor(s) oppose(s) this dismissal, debtor(s) must file an objection with the Court, on or before **October 10, 2017**, and explain why debtor(s) failed to appear at the creditors' meeting on each occasion the meeting was scheduled by the Court. If no timely objection is filed, an Order will be entered.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: JGoodling, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 18, 2017 |