```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                    Case No. 17-02055-HWV
Robert Dale Hicks                                         Chapter 13
        Debtor                  CERTIFICATE OF NOTICE
District/off: 0314-1        User: JGoodling           Page 1 of 1          Date Rcvd: Dec 14, 2017
                            Form ID: ordsmiss         Total Noticed: 17
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2017.

```
db          +Robert Dale Hicks,   36 E Hanover Street,   Gettysburg, PA 17325-7752
4922659     +CGA Law Firm,   135 N George Street,   York, PA 17401-1135
4922661     +Financial Recoveries,   Po Box 1388,   Mount Laurel, NJ 08054-7388
4922662     +Gettysburg Hospital,   147 Gettys Street,   Gettysburg, PA 17325-2536
4922663     +KML Law Group PC,   701 Market Street,   Suite 5000,   Philadelphia, PA 19106-1541
4922657      PA Department of Revenue,   Bureau of Individual Taxes,   Dept 280431,
              Harrisburg, PA 17128-0431
4922665     +Sherry A. Hicks,   36 E Hanover Street,   Gettysburg, PA 17325-7752
4922666      Snap On Tools/Credit,   ADDRESS REMOVED AS PER ENTRY 21
4922667     +US Dept of Housing & Urban Dev,   451 7th Street SW,   Washington, DC 20410-0002
4922669     +Wellspan Medical Group,   1803 Mt Rose Avenue,   York, PA 17403-3026
4930708     +York Hospital,   1001 S George Street,   York, PA 17403-3645
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4922660      EDI: DIRECTV.COM Dec 14 2017 18:58:00    Direct TV,   Customer Service,   PO Box 70014,
              Boise, ID 83707-0114
4922656      EDI: IRS.COM Dec 14 2017 18:58:00    Internal Revenue Service,   POB 7346,
              Philadelphia, PA 19101-7346
4935598      E-mail/Text: camanagement@mtb.com Dec 14 2017 18:55:56    M&T BANK,   PO BOX 1288,
              Buffalo, NY 14240
4922664      E-mail/Text: camanagement@mtb.com Dec 14 2017 18:55:56    M & T Bank,   Po Box 844,
              Buffalo, NY 14240
4922671     +E-mail/Text: kcm@yatb.com Dec 14 2017 18:55:51    York Adams Tax Bureau,   240 W Street,
              PO Box 4374,   Gettysburg, PA 17325-4374
4922670     +E-mail/Text: kcm@yatb.com Dec 14 2017 18:55:51    York Adams Tax Bureau,
              Post Office Box 15627,   York, PA 17405-0156
                                                                                           TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4922658      Allied Int Data Operations,   ADDRESS REMOVED AS PER ENTRY 20
4922668      US Dept of HUD,   Removed per entry 19
                                                                            TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Gary J Imblum    on behalf of Debtor 1 Robert Dale Hicks gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              James    Warmbrodt    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
              James    Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                          TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Robert Dale Hicks | Chapter | 13 |
| aka Robert D Hicks | | |
| **Debtor(s)** | Case No. | 1:17−bk−02055−HWV |

**Order**

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above−named case of the debtor(s) be and is hereby dismissed.

Dated: December 14, 2017

By the Court,

*[signature]*

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: JGoodling, Deputy Clerk